

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2014

No. 04-13-00807-CR

Marlo Edmundo **MUJICA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR2756
Honorable Mary D. Roman, Judge Presiding

## O R D E R

 Appellant filed a motion asking this court to recalculate the due date for appellant's brief. In the motion, appellant contends the reporter's record is incomplete because it does not include State's exhibit 2. After reviewing the record, we agree. We find State's exhibit 2 was admitted into evidence. The trial court stated on the record that it was going to allow the jury to hear twenty minutes of the exhibit, a CD recording, and that the jury could listen to the rest if it so desired. Accordingly, although the trial court did not specifically stated the exhibit was "admitted," into evidence, we find that it was implicitly admitted. Therefore, we **ORDER** the court reporter to file a supplemental reporter's record containing State's exhibit 2 with this court on or before **June 27, 2014**. We **GRANT** appellant's motion and order appellant to file the appellant's brief twenty-one days from the date the supplemental reporter's record is filed.

 We order the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court